No. 1062, Misc. ARMSTRONG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1091, Misc. JONES *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Robert J. Amoury* for petitioner.

No. 1097, Misc. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. Perry Langford* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1113, Misc. WALKER ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John J. Sexton* for petitioners. *Solicitor General Cox* for the United States.

No. 1135, Misc. RINDGO *v.* ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 1144, Misc. WILLIAMS *v.* ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 1145, Misc. CLARK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.